No. 761. GALLAGHER *v.* RAGEN, WARDEN. May 21, 1945. 324 U. S. 868.

No. 888. CARTER *v.* JOHNSTON, WARDEN. May 21, 1945. 324 U. S. 874.

No. 963. BISSELL *v.* AMRINE, WARDEN. May 21, 1945. 324 U. S. 875.

No. 990. LESSER *v.* NEW YORK. May 21, 1945. 324 U. S. 875.

No. 1039. PUTNAM ET AL. *v.* FEDERAL LAND BANK OF BALTIMORE. May 21, 1945. 324 U. S. 882.

No. 1040. EX PARTE HAWKE. May 21, 1945. 324 U. S. 878.

No. 1055. HOWARD *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. May 21, 1945. 324 U. S. 879.

No. 1083. COHEN *v.* UNITED STATES. May 21, 1945.

No. 693, October Term, 1940. BAKER *v.* UNITED STATES. May 28, 1945. 312 U. S. 692.

No. 452. NATIONAL LABOR RELATIONS BOARD *v.* LE TOURNEAU COMPANY OF GEORGIA. May 28, 1945. 324 U. S. 793.

No. 1036. OHIO EX REL. FOSTER *v.* EVATT, TAX COMMISSIONER. May 28, 1945. 324 U. S. 878.

No. 1071. RINKO *v.* UNITED STATES. May 28, 1945.